**No. 11-13-00241-CR**
IN THE 11th COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 03 2015

Abel Acosta, Clerk

JAMES EDWARD SHAW JR., APPELLANT
V.
THE STATE OF TEXAS, APPELLEE

From Appeal No. 11-13-00241
Trial Cause No. 14957
Palo Pinto County

**FIRST MOTION FOR EXTENSION OF TIME TO FILE
PETITION FOR DISCRETIONARY REVIEW**

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

Comes now, James Edward Shaw Jr, Petitioner, and files this motion for an extension of sixty (60) days in which to file a petition for Discretionary Review. In support of this motion, appellant shows the court the following:

I.

The petitioner was convicted in the 29th District Court of Palo Pinto County, Texas of the offense of felony driving while intoxicated in cause No. 14957 , Styled state of texas vs. James Edward Shaw Jr, the petitioner appealed to the Court of Appeals, 11th Supreme Judicial District, The case was affirmed on August 6, 2015 .

II.

The present deadline for filing the petition for Discretionary Review is September 6, 2015 , The petitioner has not requested any extention prior to this request.

III.

Petitioner's request for an extension is based upon the following facts: Petitioner was not informed of the decision of the court of appeals in affirming his case until August 10, 2015 , Since that time petitioner has been attempting to gain legal representation in this matter.
His attorney on the appeal, Chad Cannon , HAS informed petitioner that he will not represent him on the petitioner petition for Discretionary Review.

WHEREFORE, Petitioner prays this court grant this motion and extend the deadline for filing the petition for Discretionary Review in case No. 14957 to 11-13-00241.

FILED IN
COURT OF CRIMINAL APPEALS

SEP 1 4 2015

Abel Acosta, Clerk

JAMES EDWARD SHAW JR
Petitioner, Pro Se
Texas Department of Criminal
Justice Coffield Unit
TDCJ ID#01880061
Tennessee Colony, TX 75884

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing first motion for extension of time to file a Petition for Discretionary Review, has been forwarded by u.s. mail, Postage prepaid, first class, to the attorney for the state_____,at_____ _____, and to the state prosecuting attorney, P.O. Box 12405, Austin, Texas 78711 on this the--___day of_____, 20___.

James Shaw

PETITIONER, Pro Se

I, James Shaw____, TDCJ# 1880061 ,being presently incarcerated in the Coffield unit of the texas department of criminal justice in_____County, Texas, verify and declare under penalty of perjury that the foregoing statements are True and Correct. Executed on this the 25 day of August, 20 15.

James Shaw

TDCJ# 1880061

Abel Acosta, Clerk
Court of Criminal Appeals
Supreme Court Bldg
201 W.14th St.
Rm. 106
P.O. Box 12308
Capitol Station
Austin, Tx. 78711-2308

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 03 2015

Abel Acosta, Clerk

Dear Clerk:

Enclosed please find my pro se Defendent's motion for Extention of time to file Petition for Discretionary Review. Please file this motion and bring it to the attention of the court.

Please date-stamp this letter and return it to me at my address shown below.

I also request that you notify me of the court ruling on my motion.

Sincerely,

JAMES EDWARDDSHAW JR.
Defendent, Pro se
TDCJ#01880061
2661 FM 2054
Coffield Unit
Tennessee Colony, Tx
75884